Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICK TILLMAN, individually, and SONVISION ENTERTAINMENT LLC, a Washington Limited Liability Company, dba EAGLE FITNESS HEALTH CLUB,<br><br>                Plaintiffs,<br><br>  vs.<br><br>DOLLAR TREE STORES, INC., a foreign corporation,<br>                Defendant. | NO. 2:18-cv-01860 RAJ<br><br>ORDER ESTABLISHING THE RICK TILLMAN SPECIAL NEEDS TRUST |

THIS MATTER having come on regularly before the undersigned Court on the Unopposed Motion to Establish an Irrevocable Self-Settled Special Needs Trust on Behalf of the Plaintiff; the Court has reviewed the pleadings and records submitted, as follows:

    1.    Unopposed Motion to Establish an Irrevocable Self-Settled Special Needs Trust on Behalf of the Plaintiff;

    2.    Declaration of Rick Tillman and attachments thereto;

    3.    Declaration of Jeffrey Musto and attachments thereto; and

    4.    The proposed Rick Tillman Special Needs Trust.

Order Establishing the
Rick Tillman Special Needs Trust - 1

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA  98002-1381
(253) 859-8899 • Fax (866) 947-4646

The Court having received and considered requests for relief pertaining to the creation of a court-declared irrevocable self-settled special needs trust on behalf of Ricky Tillman and having reviewed the file and the above described documents, now enters the following:

**FINDINGS OF FACT**

1.  The beneficiary is one who qualifies under federal law for the transfer of assets into a Special Needs Trust, which will preserve the assets, estate, or expectancy of the Beneficiary and allow them to remain available for the benefit of the Beneficiary irrespective of receipt of state or federal needs-based benefits.

2.  The purpose of creating a Trust for the Beneficiary shall be to conserve the assets which would otherwise be available to the Beneficiary, but which without being held in Trust would disqualify the Beneficiary from state or Federal benefits, be subject to the creditors of the Beneficiary, or be otherwise distributed in an unprotected manner or be subject to anticipation, encumbrance, or expenditure other than for which the Trust was created.

3.  The Court has carefully considered the alternative means of protecting the estate and finds that the creation or approval of a Trust is the means best suited to the specific needs of this Beneficiary in this proceeding.

THEREFORE, having entered Findings of Fact, the Court now enters the following:

**CONCLUSIONS OF LAW**

1.  The Court, in its discretion, pursuant to 42 U.S.C. § 1396p(d)(4)(A) and WAC 182-516-0120 is authorized to establish a trust for the benefit of a disabled adult under the age of sixty-five (65). The Court may authorize and establish a Special Needs Trust pursuant to state and federal law providing for the preservation of a person's assets, estate, or expectancy.

Order Establishing the
Rick Tillman Special Needs Trust - 2

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 947-4646

2. In approving the establishment of a Special Needs Trust, the Court has the authority to determine that the Trust is the best and most appropriate method to achieve the purposes for which it is created, as described above.

3. The provisions of the Trust document are designed to maximize the protection of the Trust estate while minimizing the intrusion into the affairs of the Beneficiary, consistent with the purposes for which the Trust is established.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Plaintiffs' Petition for the Court to Establish an Irrevocable Self-Settled Special Needs Trust on Behalf of the Plaintiff (Dkt. # 28) is GRANTED;

2. The Court directs that a court-created irrevocable self-settled special needs trust for the benefit of Ricky Tillman, the Rick Tillman Special Needs Trust, is established and approved of by the Court.

DATED this 19th day of February, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

Order Establishing the
Rick Tillman Special Needs Trust - 3

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 947-4646